379 A.2d 618

Commonwealth v. Wojtczak, Appellant.

650

Submitted October 8, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.